# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re complaint and petition of KDME, INC. as owner of a certain 2008 Hurricane Sundeck 195 for exoneration from or limitation of liability. | Case No.: 3:16-cv-01313-H-MDD<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Doc. No. 18.] |

On January 5, 2018, the parties filed a joint motion to dismiss this action with prejudice. (Doc. No. 18.) The Court grants the motion and dismisses this action with prejudice. The parties shall each bear their own respective fees and costs.

**IT IS SO ORDERED.**

DATED: January 5, 2018

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT